**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-02468-CMA

GE COMMERCIAL DISTRIBUTION FINANCE LLC,

    Plaintiff,

v.

DUFFY'S OUTDOOR POWER EQUIPMENT,

    Defendant.

---

**PREJUDGMENT ORDER FOR POSSESSION AFTER HEARING**

---

TO THE U.S. MARSHAL AND SHERIFF OF MESA COUNTY, COLORADO:

The above-entitled case was commenced in the U.S. District Court for the District of Colorado by the above-named Plaintiff to recover from Defendant the personal property, as listed in the attached Exhibit A (the "Property").

A hearing was held on November 20, 2015, pursuant to the Court's Order to Show Cause and Preserve Property issued on November 12, 2015.  Plaintiff GE Commercial Distribution Finance LLC (hereinafter "CDF") appeared through counsel Jonathan M. Allen.  Defendant Duffy's Outdoor Power Equipment ("Dealer") did not appear but, the day before, had executed a voluntary surrender form.

Upon consideration of the arguments of CDF's counsel, the Complaint, Affidavit of Amanda Jost and all exhibits attached thereto, the voluntary surrender, and upon the entire record herein, this Court has determined with reasonable probability that Plaintiff

is entitled to possession of the Property pending final adjudication herein of the claims of the parties.

There is reasonable and probable cause to believe that the property is located at Defendant's principal place of business found at 2482 Patterson Road, Grand Junction, Colorado 81505.

IT IS ORDERED that you take from Defendant or its agents all of the Property and release custody of same to Plaintiff or its agents.

IT IS FURTHER ORDERED that Plaintiff's bond in the amount of $397,651.00, which has been filed herein, is approved subject to Defendant's right to object to the sureties identified and/or the amount of the bond.

IT IS FURTHER ORDERED that a certified copy of this Order shall constitute authority to the Sheriff or Marshal to proceed as directed herein.

IT IS FURTHER ORDERED that if the Property or any part thereof is in a building or enclosure, the Sheriff or Marshal shall demand its delivery, announcing his identity, purpose, and the authority under which he acts.  If it is not voluntarily delivered, he shall cause the building or enclosure to be broken open in such manner as he reasonably believes will cause the least damage to the building or enclosure, and take the property into his possession.  He may call upon the power of the county to aid and protect him, but if he reasonably believes that entry and seizure of the property will involve a substantial risk of death or serious bodily harm to any person, he shall refrain from seizing the property, and shall forthwith make a return before the court from which the order issued, setting forth the reasons for his belief that such risk exists.

THE DEFENDANT IS NOTIFIED THAT IT HAS THE RIGHT TO OBJECT TO PLAINTIFF'S WRITTEN UNDERTAKING AS TO THE SUFFICIENCY OF THE SURETIES OR TO THE AMOUNT OF THE BOND WITHIN 2 BUSINESS DAYS AFTER SERVICE OF THE UNDERTAKING UPON DEFENDANT. DEFENDANT MAY FILE ITS OWN WRITTEN UNDERTAKING FOR THE REDELIVERY OF SUCH PROPERTY AS PROVIDED IN COLRADO RULE OF CIVIL PROCEDURE 104(j) AND (k) OR COLORADO RULE OF COUNTY COURT CIVIL PROCEDURE RULE 404(j) AND (k), AS APPLICABLE UNDER FEDERAL RULE OF CIVIL PROCEDURE 64.

DATED: November 25, 2015      BY THE COURT:

*[signature: Christine M. Arguello]*

CHRISTINE M. ARGUELLO
United States District Judge

# EXHIBIT A

<mark>Case 1:15-cv-02468-CMA-GPG  Document 14  Filed 11/25/15  USDC Colorado  Page 5 of 7</mark>

| Dist/Mfg Name | Mfg Name | Model # | Serial # | Current Balance | Status |
|---|---|---|---|---|---|
| HUSQVARNA PROFE | HUSQVARNA PROFE | DX TILLER AT | 21020113700056 | 156.76 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | POLE SAW HEA | 21020112600077 | 149.93 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | TA 850 DX TR | 21020121500068 | 79.34 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | K3000 EL 14" | 67994012120124600221 | 689.65 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | SC18 5.5HP H | 123700218 | 2,953.78 | Sold Out of Trust |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | HTFSTS054KAW | 13101576 | 4,904.90 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | RIDER D R322 | 67858012120130400068 | 4,092.60 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU800AWD/HDA | 11 01 011314M014851 | 381.08 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU725AWD BRI | 03 00 010614M000787 | 315.80 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 125B BLOWER | 20141303596 | 127.96 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 125B BLOWER | 20141303598 | 127.96 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HUSQ 450 20" | 71661012120142101092 | 319.96 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | DX HEDGETRIM | 4900372 | 210.96 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 223L TRIMMER | 21020142200396 | 199.96 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 445 16" 50GA | 69553362120135000548 | 272.40 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 5521P 21"PUS | 18 01 030514M010870 | 208.21 | Unreconciled SOT |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HUS TRACTOR | 010114B00038 | 156.75 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HUS TRACTOR | 010114B00276 | 156.75 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 326EX STICK | 21020141000092 | 278.28 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 450 18" FULL | 69067382120140600800 | 293.96 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 223R BRUSHCU | 21020142600133 | 254.76 | Sold Out of Trust |
| GOLDEN EAGLE DI | ECHO INCORPORAT | T254-2 | T10212014930 | 260.75 | Sold Out of Trust |
| GOLDEN EAGLE DI | ECHO INCORPORAT | T254-2 | T10212014931 | 260.75 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 48" SNOW BLA | 0026505 | 259.95 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 50"LAWN SWEE | 010114B00761 | 279.95 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 91701100 | 007117 | 1,021.27 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 93803000 | 002507 | 351.80 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 93803100 | 001722 | 401.15 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 93803200 | 005147 | 422.30 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 93803200 | 005155 | 422.30 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 93803300 | 002609 | 492.80 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 93803300 | 002610 | 492.80 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 99620000 | 150376 | 11,762.85 | Rider Education |
| ARIENS COMPANY | ARIENS COMPANY | 91119300 | 022536 | 599.33 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 91119400 | 022503 | 613.93 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 91519000 | 000199 | 2,184.45 | Unreconciled SOT |
| ARIENS COMPANY | ARIENS COMPANY | 99120800 | 030026 | 4,946.77 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 98600500 | 000310 | 415.37 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 98600500 | 000313 | 415.37 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 92002100 | 091043 | 676.10 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 570BFS FRAME | 96662950131200374 | 404.96 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 570BTS TUBE | 02(21)00040400288 | 404.96 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 570BTS TUBE | 02(21)00040400286 | 404.96 | Unreconciled SOT |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 223L SEMI PR | 21020142901743 | 202.96 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 91700100 | 016460 | 1,327.87 | Unreconciled SOT |
| ARIENS COMPANY | ARIENS COMPANY | 93803000 | 002508 | 351.80 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 93803200 | 004264 | 422.30 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 91700100 | 016457 | 1,327.87 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 91517800 | 050018 | 2,260.37 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 93803000 | 000595 | 351.80 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 93803000 | 000596 | 351.80 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 93803000 | 000597 | 351.80 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 92103700 | 004748 | 1,021.68 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | H246SL DOUBL | 1 00072814S058201 | 221.55 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | H246SL DOUBL | 1 00072814S058214 | 221.55 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HA850 HEDGE | 21020143600041 | 217.88 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 125BVX HANDH | 20150300648 | 157.40 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 125B H/H BLO | 20144305796 | 53.26 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 125B H/H BLO | 20144305805 | 125.41 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 125B H/H BLO | 20144305814 | 125.41 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 125B H/H BLO | 20144305815 | 125.41 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 125B H/H BLO | 20144404991 | 125.41 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 125B H/H BLO | 20144305810 | 125.41 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YTH22V42 22H | 00 010615A006757 | 1,503.32 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YTH22V42 22H | 00 010615A006774 | 1,503.32 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YTH22V42 22H | 00 010615A006907 | 1,503.32 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 5521P 21"PUS | 03 011315M004229 | 203.96 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 5521P 21"PUS | 03 011315M004220 | 203.96 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 445 18" FULL | 40012120144200730 | 277.40 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 130BT CONSUM | 08(21)00041100495 | 193.88 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HUSQ 435 16" | 79362120144002809 | 207.32 | Unreconciled SOT |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HUSQ 435 16" | 79362120144002803 | 207.32 | Unreconciled SOT |

| Manufacturer | Manufacturer | Model | Serial | Amount | Status |
|---|---|---|---|---|---|
| HUSQVARNA PROFE | HUSQVARNA PROFE | HUSQ 435 16" | 79362120144002814 | 207.32 | Unreconciled SOT |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 350BF FRAME | 01(21)00040700111 | 254.67 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 460R 24" 50G | 83242120150500581 | 388.76 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 455R 20" 50G | 85942120150300190 | 342.68 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 455R 20" 50G | 85942120150300582 | 342.68 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 455R 20" 50G | 85942120150300580 | 342.68 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 455R 20" 50G | 85942120150300578 | 342.68 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 570BFS FRAME | 01(21)00041000242 | 384.87 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 570BFS FRAME | 01(21)00041000236 | 384.87 | Unreconciled SOT |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 570BFS FRAME | 01(21)00041000241 | 384.87 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 570BFS FRAME | 01(21)00041000238 | 384.87 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 580BTS TUBE | 02(21)00050101288 | 446.65 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 580BTS TUBE | 02(21)00041200408 | 446.65 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 580BTS TUBE | 02(21)00041200409 | 446.65 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 580BTS TUBE | 02(21)00041200414 | 446.65 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 445 16" FULL | 66362120144300198 | 269.72 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 445 16" FULL | 66362120144300045 | 269.72 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 450 20" 50GA | 34402120144900307 | 291.80 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 450 20" 50GA | 34402120144900292 | 291.80 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | T435 14" 50G | 30(21)20144507143 | 257.24 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 450 20" FT B | 61012120144100575 | 303.32 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 450 20" FT B | 61012120144100334 | 303.32 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU700F 22"FG | 03 020415M002504 | 282.20 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU700F 22"FG | 03 020415M002503 | 282.20 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU700F 22"FG | 03 020415M002496 | 282.20 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU700F 22"FG | 03 020415M002490 | 282.20 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 99620000 | 150847 | 11,762.85 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 99620100 | 150466 | 13,401.67 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | RZ4219 19HP | 00 050814C001916 | 1,999.16 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | GTH48XLSI 24 | 00 010715A003399 | 2,698.88 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | H242SL DOUBL | 4 01021215S025142 | 206.83 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | H242SL DOUBL | 4 01021215S025120 | 206.83 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 128DJX DETAC | 14289N301313 | 200.86 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | H348SG TRIPL | 7 01052214S001381 | 269.50 | Unreconciled SOT |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 122HD60 23" | 24022120144800099 | 241.04 | In Stock |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | HTRTRS042KAW | 15045030 | 2,319.20 | Sold Out of Trust |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | HTRSDS048KAW | 15047499 | 3,199.20 | Sold Out of Trust |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | HTRSDS048KAW | 15047506 | 3,199.20 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YT42LS 22HP | 00 033015A002808 | 1,666.94 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YT42LS 22HP | 8538859122 | 1,666.94 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YT42DXLS 22H | 00 021115A001581 | 2,063.84 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YT42DXLS 22H | 00 021115A001569 | 2,063.84 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YT42DXLS 22H | 00 021115A001426 | 2,063.84 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU725AWDBBC | 02 011315M001294 | 361.58 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 99412600 | 040038 | 5,670.00 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 91517400 | 001310 | 3,090.38 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | GT52XLS,26HP | 00 042315A003277 | 2,540.12 | Sold Out of Trust |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | BAGGER KIT, | | 500.00 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | GT52XLS,26HP | 00 032515A002880 | 2,540.12 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | GT52XLS,26HP | 00 042315A003640 | 2,540.12 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YT48XLS 26HP | 00 041715A003753 | 2,222.60 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YT48XLS 26HP | 00 042015A003853 | 2,222.60 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YTH24V48 24H | 00 042115A017526 | 1,744.36 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YTH24V48 24H | 029200002607 | 1,744.36 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YTH24V48 24H | 00 042115A017555 | 1,744.36 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 36" STEEL RO | 010114B00850 | 181.25 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | H242F DOUBLE | 2701042815S000788 | 44.82 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 16 CU FT STE | 048220000028 | 254.75 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | H352F 52"LS | 032715S000891 | 617.36 | Sold Out of Trust |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | HTRSDS048KAW | 15056769 | 3,199.20 | Sold Out of Trust |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | HTRSDS048KAW | 15056770 | 3,199.20 | Sold Out of Trust |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | HTRSDS048KAW | 15056771 | 3,199.20 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 91119300 | 022872 | 599.33 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 91119300 | 022873 | 599.33 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 99502800 | 000567 | 897.17 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 91517800 | 055469 | 2,260.37 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 99412800 | 041055 | 6,443.27 | Sold Out of Trust |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | HTFST CATR | 15046150 | 1,039.20 | Sold Out of Trust |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | HTRTRS042KOH | 15060878 | 2,319.20 | Sold Out of Trust |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | HTRTRS052KOH | 15056753 | 2,479.20 | Sold Out of Trust |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | HTRSDS048KAW | 15059123 | 3,199.20 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 122HD45 18" | 24761017855 | 209.68 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 128L TRIMMER | 15134N300821 | 165.58 | Sold Out of Trust |

| | | | | | |
|---|---|---|---|---|---|
| HUSQVARNA PROFE | HUSQVARNA PROFE | 224L 4 STROK | 21020150200317 | 262.60 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 224L 4 STROK | 21020150200147 | 262.60 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 226HD60S 24" | 802R2120151100470 | 396.86 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 226HS75S 30" | 401R2120145003015 | 396.86 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 440 ASSEMBLE | 60012120152201247 | 238.10 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 440 ASSEMBLE | 60012120152201251 | 238.10 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | PA1100 POLE | 19896909489049205 | 167.54 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 223L SEMI PR | 21020150801616 | 198.90 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 91517200 | 001865 | 2,943.65 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 91517200 | 001896 | 2,943.65 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 91118900 | 035055 | 416.83 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 91118900 | 035057 | 416.83 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 91119000 | 035116 | 416.83 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 91119000 | 035120 | 416.83 | In Stock |
| ARIENS COMPANY | ARIENS COMPANY | 91517400 | 002088 | 3,090.38 | Sold Out of Trust |
| ARIENS COMPANY | ARIENS COMPANY | 91517400 | 002089 | 3,090.38 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU700H22"RGD | 02 060915M005110 | 312.78 | Unreconciled SOT |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU700H22"RGD | 02 060915M005114 | 312.78 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU700H22"RGD | 02 060915M005118 | 312.78 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU700H22"RGD | 02 060915M005122 | 312.78 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU725AWDBBC | 01 060314M000395 | 361.58 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | HU725AWDBBC | 85388233776 | 361.58 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | H242SL DOUBL | 4 01042715S026623 | 206.83 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | H246SL DOUBL | 1 00041415S059504 | 217.12 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 50"LAWN SWEE | 010114B02206 | 274.35 | In Stock |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 50"LAWN SWEE | 010114B02203 | 274.35 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 50"LAWN SWEE | 010114B02207 | 274.35 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 7021P 21"PUS | 05 052015M011719 | 246.92 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 7021P 21"PUS | 05 052015M011718 | 246.92 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | 7021P 21"PUS | 05 052015M012209 | 246.92 | Sold Out of Trust |
| HUSQVARNA PROFE | HUSQVARNA PROFE | YT46LS 24HPK | 00 051815A003657 | 1,825.70 | Unreconciled SOT |
| EXCEL INDUSTRIE | EXCEL INDUSTRIE | HTRTRS042KOH | 15070228 | 2,319.20 | Sold Out of Trust |