**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO
Judge Christine M. Arguello**

Case No 15-cv-02468-CMA-GPG

GE COMMERCIAL DISTRIBUTION FINANCE LLC,
a Delaware limited liability company

    Plaintiff

v.

DUFFY'S OUTDOOR POWER EQUIPMENT,
a Colorado limited liability company

    Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to the Order on Notice of Settlement (Doc. #23) entered by Judge Christine M. Arguello on April 6, 2016, it is

ORDERED that judgment is entered in favor of Plaintiff and against Defendant.

DATED: April 6, 2016

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

    V. Barnes
    Deputy Clerk